BEFORE THE FIRST DIVISION, MARCH 29, 1965

**No. 69186.**—Trans-World Shipping Corp. *v.* United States, protest 64/20143 (New York).

Opinion by NICHOLS, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, MARCH 29, 1965

**No. 69187.**—B. & W. Wholesale Supply Co., Inc. *v.* United States, protest 63/9258 (Galveston).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the locks involved in this case measure $1\frac{7}{16}$ inches in width, the claim of the plaintiff was sustained.

**No. 69188.**—Chelsea Lamp & Shade Co., Inc. *v.* United States, protests 59/1223, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon bags similar in use to cotton bags, the claim of the plaintiff was sustained.

**No. 69189.**—M. Pressner & Co., Inc., et al. *v.* United States, protests 60/24430, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of miniature pocketknives similar in all material respects to those the subject of Abstract 65737, the claim of the plaintiffs was sustained.